IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00074-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMINIQUE ALEXANDER JONES | ) | |
| Defendant. | ) | |

This matter is before the court on Dominique Alexander Jones' Motion to Set Aside Void Judgment [DE-88]. In his motion, Jones argues that the judgment of conviction in this case is void because this court lacked personal and subject matter jurisdiction.

Jones is attacking the validity of his conviction, and the appropriate avenue to bring this challenge is by way of a section 2255 motion.[1] To the extent that Jones seeks to file a section 2255 motion, he must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send a copy of the appropriate section 2255 form to Jones. If Jones elects to pursue a section 2255 motion, he shall have twenty-eight days within which to file his motion on the appropriate section 2255 form provided by the Clerk. Jones should send the original of the section 2255 form to:

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

---

[1] Title 28 Section 2255 states four grounds upon which such relief may be claimed: (1) that the sentence was imposed in violation of the Constitution or laws of the United States; (2) that the court was without jurisdiction to impose such sentence; (3) that the sentence was in excess of the maximum authorized by law; and (4) that the sentence is otherwise subject to collateral attack. 28 U.S.C. § 2255(a).

SO ORDERED.

This _3¹_ day of February 2015.

*James C. Fox*

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE