IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00074-F-1
No. 5:15-CV-00072-F

DOMINIQUE ALEXANDER JONES,        )
                    Petitioner,   )
                                  )
        v.                        )        O R D E R
                                  )
UNITED STATES OF AMERICA,         )
                    Respondent.   )

This matter is before the court on Dominique Alexander Jones' Motion to Vacate, Set

Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-90].

A review of the record reveals that Jones previously filed a section 2255 motion.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), "[b]efore a second or successive application permitted by

this section is filed in the district court, the applicant shall move in the appropriate court of

appeals for an order authorizing the district court to consider the application." In this case, Jones

must first obtain an order from the Fourth Circuit Court of Appeals before this court will

consider any successive petition under 28 U.S.C. § 2255.

In light of the foregoing, Jones' pending Motion to Vacate, Set Aside, or Correct

Sentence pursuant to 28 U.S.C. § 2255 [DE-90] is DISMISSED without prejudice to him to seek

pre-filing authorization from the Fourth Circuit Court of Appeals. The court concludes that

Jones has not made the requisite showing to support a certificate of appealability. Therefore, a

certificate of appealability is DENIED.

SO ORDERED.

This the _3rd_ day of March, 2015.

_James C. Fox_

James C. Fox
Senior United States District Judge